Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ❑ Plaintiff
   - ❑ Defendant
   - ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ❑ Debtor
   - ❑ Creditor
   - ❑ Trustee
   - ☒ Other (describe)  Insurer / Interested Party

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:  The Order appealed from is Dkt. 695, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivor. This order approved a form proof of claim for abuse claimants, as proposed by the Boy Scouts of America and objected to by Century, that was not properly before the court and was not designed to elicit sufficient information to establish the prima facie validity of claims.

2. State the date on which the judgment, order, or decree was entered:  May 26, 2020

1

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Party: <u>Boy Scouts of America</u>     Attorney: <u>MORRIS, NICHOLS, ARSHT & TUNNELL LLP</u>
      <u>and Delaware BSA, LLC</u>                 <u>Derek C. Abbott (No. 3376)</u>
                                  <u>Andrew R. Remming (No. 5120)</u>
                                  <u>Joseph C. Barsalona II (No. 6102)</u>
                                  <u>Eric W. Moats (No. 6441)</u>
                                  <u>Paige N. Topper (No. 6470)</u>
                                  <u>1201 North Market Street, 16th Floor</u>
                                  <u>P.O. Box 1347</u>
                                  <u>Wilmington, Delaware 19899-1347</u>
                                  <u>Telephone: (302) 658-9200</u>

<u>SIDLEY AUSTIN LLP</u>
<u>Thomas A. Labuda</u>
<u>Michael C. Andolina</u>
<u>Matthew E. Linder</u>
<u>One South Dearborn Street</u>
<u>Chicago, Illinois 60603</u>
<u>Telephone: (312) 853-7000</u>

<u>SIDLEY AUSTIN LLP</u>
<u>Jessica C. K. Boelter</u>
<u>787 Seventh Avenue</u>
<u>New York, New York 10019</u>
<u>Telephone: (212) 839-5300</u>

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

      ☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

2

## Part 5: Sign below

_/s/ Stamatios Stamoulis_                                    Date: June 8, 2020
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

STAMOULIS & WEINBLATT LLC
Stamatios Stamoulis (#4606)
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone: (302) 999-1540

O'MELVENY & MYERS LLP
Tancred Schiavoni
Janine Panchok-Berry
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: (212) 326-2000

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.