# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Boy Scouts of America and Delaware BSA, LC, | : : | Bankruptcy Case No. 20-10343 (LSS) Bankruptcy BAP No. 20-14 |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| Century Indemnity Company, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 20-774-RGA |
| | : | |
| Boy Scouts of America and Delaware BSA, LLC, | : : | |
| | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **24th** day of **June, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a)

Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated since the parties were in agreement to remove this matter from mandatory mediation..

      Local counsel are obligated to inform out-of-state counsel of this Order.

                                          /s/ Mary Pat Thynge
                                          Chief U.S. Magistrate Judge Mary Pat Thynge