# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>                       Debtors.<br><br>Century Indemnity Company,<br><br>                       Appellant,<br><br>v.<br><br>Boy Scouts of America,<br><br>                       Appellee<br><br>Delaware BSA, LLC<br><br>                       Appellee | Civil Action No. 20-cv-00774 (RGA)<br><br><br>On appeal from the U.S. Bankruptcy Court for the District of Delaware<br><br>Bankruptcy Case No. 20-10343 (LSS)<br>Bankruptcy BAP No. 20-14 |

## APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2) and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Boy Scouts of America and Delaware BSA, LLC ("Appellees"), by and through their undersigned counsel, hereby submit their designation of additional record items in connection with the appeal of third-party Century Indemnity Company ("Century"), one of BSA's insurers, from the bankruptcy court's *Order Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3) and Local Rules 2002-1(e), 3001-1 and 3003-and Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse*

*Survivors* (the "Bar Date Order").  Bankr. Dkt. 695.

Appellees designate the following documents as additional record items on appeal:

| Date Filed | DKT No. | Description |
|---|---|---|
| 2/18/20 | 4<br>(281 pages; 3 Exhibits all filed as one docket entry) | Debtors' Informational Brief |
| 2/18/20 | 16<br>(104 pages; 1 Exhibit filed as one docket entry) | Declaration of Brian Whittman In Support of the Debtors' Chapter 11 Petitions and First Day Pleadings |
| 5/4/20 | 558<br>(3 pages) | Notice of Hearing of *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, And 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* |
| 5/29/20 | 723<br>(12 pages, 2 Exhibits filed as one docket entry) | Affidavit of Service |
| 6/16/20 | 854<br>(20 pages; 4 Exhibits all filed as one docket entry) | Affidavit of Service of Publication |

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted this 6th day of July 2020.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek C. Abbott

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@mnat.com
　　　　aremming@mnat.com
　　　　emoats@mnat.com
　　　　ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Email: jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Email: tlabuda@sidley.com
　　　　mandolina@sidley.com
　　　　mlinder@sidley.com

*Attorneys for Boy Scouts of America and Delaware BSA, LLC*