# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | : |
| | :  Civil Action No. 20-cv-00774 (RGA) |
| Debtors. | : |
| | : |

### APPELLANTS' RESPONSE TO MOTION OF BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC TO STAY BRIEFING PENDING RESOLUTION OF MOTION TO DISMISS

In response to the Appellee's Motion to Stay Briefing Pending Resolution of Motion to Dismiss ("Motion") (Dist. Ct. Dkt. 15), Appellants respectfully state as follows:

1. Appellants do not oppose the relief requested by Appellee's that the Court stay merits briefing in this appeal pending the Court's decision on Appellee's Motion to Dismiss (Dist. Ct. Dkt. 4).

2. Appellants dispute the substantive arguments made by Appellees in their Motion, which simply re-hash arguments already set forth in Appellees' Motion to Dismiss. For the reasons set forth in Appellants' Opposition to the Motion to Dismiss (Dist. Ct. Dkt. 12) Appellants have standing to bring this appeal and this Court has jurisdiction to hear it.

Dated:  July 14, 2020            Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

O'MELVENY & MYERS LLP
Jonathan Hacker (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Appellants Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*